IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VINCENT WEED,  No. CV 07-1095-MO

        Plaintiff, JUDGMENT

    v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the step four finding that the claimant could perform past relevant work because the past relevant work was sheltered work is REVERSED, and the case is REMANDED solely for a proper step five analysis.

    DATED this  12th  day of November, 2008.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    United States District Judge